Joseph La Costa
State Bar No. 108443
Attorney at Law
7840 Mission Center Court, Suite 104
San Diego, California 92108
Telephone: 619-922-5287
Facsimile: 619-599-1020

Attorneys for Plaintiff, Rachell Lara

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELL LARA, | Case No: **3:12-CV-02116-JLS-NLS** |
| Plaintiffs, | NOTICE OF DISMISSAL OF ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1) |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, MORTGAGE-BACKED NOTES, SERIES 2005-2; AND DOES 1 THROUGH 10, INCLUSIVE | |
| Defendants | |

NOTICE IS HEREBY GIVEN that Plaintiff RACHELL LARA  hereby DISMISSES this case, WITHOUT PREJUDICE,  pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Rule 41(1)(A)(i) permits the Plaintiff, WITHOUT A COURT ORDER, to dismiss an action voluntarily if the opposing party has not filed an answer or a motion for summary judgment.

In the present case, the Defendants have not filed an answer or a Motion for Summary Judgment.  Accordingly, Plaintiffs, pursuant to Rule 41 may file a Dismissal of this Action.

Based on the foregoing, Plaintiffs gives NOTICE that the above entitled matter is hereby DISMISSED WITHOUT PREJUDICE.

Date: December 10, 2013

/s/JOSEPH LA COSTA
_____
JOSEPH C. LA COSTA, Attorney for Plaintiff